

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Wells Fargo Tower*  *Telephone (919) 856-4530*
*150 Fayetteville Street*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601*  *www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

**DATE:** June 2, 2023

**TO:** United States District Court
Eastern District of North Carolina
Raleigh, NC 27601

**FROM:** David G. Beraka
Assistant U.S. Attorney

**SUBJECT:** United States v. Natosia Jerome Jenkins
Docket No. _____ - Western Division 5:23-CR-167

The above-referenced case is being filed as a Criminal Information. The Criminal Information charges the Defendant with Conspiracy to Commit Wire Fraud in violation of Tile 18, United States Code, Sections 1343 and 1349.

This case is related to United States v. Quentin Allen Jackson, Case No. 5:22-CR-00180-D and United States v. Whitaker et. al., Case No. 5:22-CR-00257-D in that the instant case arises out of the same criminal conspiracy. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney